AARON D. FORD
  Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Interested Party*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RHONDA RAMSEY, <br><br> Plaintiff, <br><br> v. <br><br> N.D.O.C., *et al.*, <br><br> Defendants. | Case No. 2:24-cv-01498-RFB-DJA <br><br> **STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff, Rhonda Ramsey, pro se, and Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone, Jr., Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate that the above-captioned action is dismissed with prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 17th day of October, 2025.

By: _____
Rhonda Ramsey #1275100
*Plaintiff, Pro se*

DATED this 17th day of October, 2025.

AARON D. FORD
Attorney General

By: */s/ Samuel L. Pezone, Jr.*
Samuel L. Pezone, Jr. (Bar No. 15978)
Deputy Attorney General
*Attorneys for Interested Party*

**ORDER**

**IT IS SO ORDERED**.

**DATED:** November 26, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**